NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESTERN MANAGEMENT, INC.,
YVONNE R. KOVACEVICH,
AND ROBERT KOVACEVICH,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5112

---

Appeal from the United States Court of Federal Claims in No. 08-CV-0116, Judge Nancy B. Firestone.

---

**JUDGMENT**

---

ROBERT E. KOVACEVICH, of Spokane, Washington, argued for plaintiffs-appellants.

REGINA S. MORIARTY, Attorney, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were KATHRYN KENEALLY, Assistant Attorney General, and RICHARD FARBER, Attorney.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, DYK, and MOORE, *Circuit Judges*).


**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


February 7, 2014        /s/Daniel E. O'Toole

Date        Daniel E. O'Toole

Clerk of Court